IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE PETTAWAY, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:12-cv-20-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## AMENDED ORDER

AND NOW, to wit, this 28th Day of November, 2012, in consideration of the objections and affidavit submitted by Plaintiff [12] in response to the Magistrate Judge's Report and Recommendation of September 11, 2012 [11],

IT IS HEREBY ORDERED that, on or before December 17, 2012, Plaintiff shall provide to the U.S. Marshal Service the necessary directions for service of the Complaint upon Defendants "Department of Corrections" and "SCI Albion." Failure to comply with the terms of this Order may result in dismissal of this civil action. In light of the foregoing, the Court will decline to adopt the Report and Recommendation entered on September 11, 2012 [11].

                                              s/ Sean J. McLaughlin

                                              SEAN J. McLAUGHLIN
                                              United States District Judge

cm:    All parties of record

       U.S. Magistrate Judge Susan Paradise Baxter